**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THE PENINSULA AT ST. JOHN'S
CENTER CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.                                    Case No. 3:22-cv-792-TJC-LLL

AMERISURE INSURANCE
COMPANY and AMERISURE
MUTUAL INSURANCE
COMPANY,

        Defendants/Third
        Party Plaintiffs

FIRST MERCURY
INSURANCE COMPANY,
CENTURY SURETY
COMPANY and COMPANION
SPECIALTY INSURANCE
COMPANY
    Third Party Defendants

## O R D E R

**THIS CASE** is before the Court based on diversity jurisdiction. Doc. 1. Based on changes to the citizenship of third party defendant Companion Specialty Insurance Company, making it a Florida citizen, the Court requested a status report from all parties to address the possible impact on subject matter jurisdiction. Doc. 217.

The Court has reviewed the Joint Submission in Support of Maintaining Diversity Jurisdiction, Doc. 238, and, for reasons cited in the parties' report, is satisfied that diversity jurisdiction exists.

**DONE AND ORDERED** in Jacksonville, Florida the 4th day of December, 2024.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record