# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THE PENINSULA AT ST. JOHN'S CENTER CONDOMINIUM ASSOCIATION, INC.

Plaintiff,

v.

AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY,

Defendants/Third-Party Plaintiffs,

v.

CENTURY INSURANCE COMPANY, *et al.*

Third-Party Defendants.
_____/

Case No. 3:22-cv-00792-TJC-LLL

## JOINT MOTION TO AMEND AND EXTEND THE FIFTH CASE MANAGEMENT ORDER, WITH INCORPORATED MEMORANDUM OF LAW

Defendant/Third-Party Plaintiff, Amerisure Insurance Company and Amerisure Mutual Insurance Company (collectively "Amerisure") and Plaintiff, The Peninsula at St. John's Center Condominium Association, Inc. (the "Association"), pursuant to Local Rule 3.01(a) and the Fifth Amended Case Management and Scheduling Order [D.E. 261], hereby present this joint motion to extend certain deadlines for a period of thirty (30) days from those days set forth

in the Fifth Amended Case Management Order due, in part, to the unavailability of Plaintiff's counsel and Plaintiff's Expert Witness, Daniel J. Charletta due to separate medical events that required hospital stays (as set forth below). The Parties do not intend to seek an extension of the Trial Term Date. In support thereof, the Movants state as follows:

1. The Peninsula at St. John's Center Condominium Association ("the Association") filed this action against Amerisure seeking insurance coverage for a Final Judgment of $8.5 Million in connection with the action styled as *The Peninsula at St. John's Center Condominium Assoc., Inc. v. The Auchter Company, et. al.*, Case No. 2013-CA-7176 in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida ("Underlying Action").

2. The Underlying Action spanned approximately eight (8) years where over sixty (60) depositions and numerous expert reports were produced and created by the involved underlying parties.

3. The Parties have been diligent in completing discovery in this matter, but foresee that additional time will be needed. To date, the Association has produced thousands of documents, including many expert reports, deposition transcripts, repair estimates, damage calculations, project documents, and other documents. The Parties have reviewed these documents, in the process of preparing for upcoming expert depositions.

4. Also, the Parties have proceeded with expert discovery and depositions of corporate representatives. The Association has deposed Amerisure's corporate representative under Fed. R. 30(b)(6). Amerisure, First Mercury and Century have also deposed three (3) of the Association's corporate representatives and two (2) of the Association's expert witnesses under Fed. R. 30(b)(6) to date. Additionally, multiple expert depositions have been scheduled to take place in December of 2024 and February of 2025.

5. In addition to proceeding with discovery, the Parties have filed multiple summary judgment motions. Amerisure has filed partial motions for summary judgment directed at Companion and Century. [D.E.193; 194]. Companion has filed a motion for summary judgment directed at Amerisure [D.E. 205]. Responses and replies have also been filed. [D.E. 204; 228; 243; 245; 246].

6. In addition to the remaining discovery issues and other business, Counsel for Peninsula Charles R. Walker, Jr., recently experienced an unexpected medical event which required a hospital stay whereby he was unavailable, which required the rescheduling of one of the depositions. Mr. Walker is the lead attorney handling the discovery in this matter, including conducting the depositions, preparing and drafting the motions for summary judgment.

7. In addition, the deposition of Daniel J. Charletta, the Association's expert witness under Fed. R. 30(b)(6) scheduled for October 17, 2024 was

postponed after Mr. Charletta underwent a heart procedure which has resulted in a lengthy recovery period. It is the parties' understanding that Mr. Charletta is still recovering from his procedure.

8. On November 8, 2024, the Court entered the Fifth Amended Case Management Order. The Fifth Amended Case Management Order provides the following deadlines: Discovery Deadline – January 21, 2025; Dispositive and *Daubert* Motions – February 3, 2024; Responses to Dispositive and *Daubert* Motions – 21 days after service; Replies to Responses to Dispositive and *Daubert* Motions – 14 days after service; All other Motion Deadlines – June 18, 2025; Filing of Pretrial Statement – June 18, 2025; Pretrial Conference – June 25, 2025; Trial Term Begins – July 7, 2025 at 9:00 AM. [D.E. 261].

9. The Movants request the Court extend certain deadlines set forth in the Fifth Amended Case Management Order [D.E. 261] while maintaining the Trial Term so the Parties can continue to complete discovery, expert discovery, and motion practice.

10. The Movants request the Court extend the following deadlines in the Fifth Amended CMO by a period of thirty (30) days in order to complete fact discovery, complete expert discovery and disclosures, file dispositive motions, and complete other deadlines. The Movants respectfully request a thirty (30) day

extension (except as noted below) to the following dates in the Case Management Order:

    a. Discovery Deadline – January 21, 2024 to February 20, 2025

    b. Dispositive and Daubert Motions – February 3, 2025 to March 5, 2025

    c. Responses to Dispositive and Daubert Motions – 21 days after service

    d. Replies to Responses to Dispositive and Daubert Motions – 14 days after service

    e. Joint Final Pretrial Statement – June 18, 2025 (no extension requested)

    f. All Other Motions Deadline – June 18, 2025 (no extension requested)

    g. Final Pretrial Conference – June 25, 2025 (no extension requested)

    h. Trial Term Date –July 7, 2025 (no extension requested)

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

The District Courts have broad discretion in managing their cases, including the management of pretrial activities. *Chrysler Int'l Corp. v. Chenaly*, 280 F. 3d 1358, 1360 (11th Cir. 2002) (*citing Johnson v. Board of Regents*, 263 F. 3d 1234, 1269 (11th Cir. 2001)); *Cureton v. Sunrise Senior Living Services, Inc.*, 2014 U.S. Dist. LEXIS 69124 (M.D. Fla. 2014) (the Court has the power to control its docket and enjoys broad discretion "in deciding how best to manage the cases before [it]."). It is also well established that the Court has broad discretion to determine circumstances justifying a continuance. *See, e.g., Arabian Am Oil v. Scarfone*, 939 F. 2d 1472, 1479 (11th Cir. 1991). Pursuant to Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be

5

done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires".  A consideration of the parties' conduct and other factors weighs in favor of granting the instant Motion.

The Movants seek the extension of dates so that the Parties can have the opportunity to complete discovery in light of the extenuating circumstances as described above.  While the parties have been diligent in their efforts to complete discovery within the current CMO, the Movants maintain that additional time is needed to complete discovery.  The relief sought is not for the purpose of seeking delay.

A continuance does not appear to burden the Court, any parties or witnesses; indeed, there would be no prejudice suffered by any party by continuance of the dates in this Motion.  Amerisure, therefore, respectfully request that the Court adopt the following dates:

- Discovery Deadline – January 21, 2024 to February 20, 2025

- Dispositive and Daubert Motions – February 3, 2025 to March 5, 2025

- Responses to Dispositive and Daubert Motions – 21 days after service

- Replies to Responses to Dispositive and Daubert Motions – 14 days after service

- Joint Final Pretrial Statement – June 18, 2025

- All Other Motions Deadline – June 18, 2025

- Final Pretrial Conference – June 25, 2025

- Trial Term Date – July 7, 2025

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to L.R. 3.01(g), I hereby certify that counsel for the movants has conferred with all parties or non-parties who may be affected by the relief sought in this Motion (*i.e.* the Third-Party Defendants, Century Insurance Company ("Century"), and Companion Specialty Insurance Company ("Companion"). The Third-Party Defendants do not oppose the relief requested in Amerisure and the Association's Joint Motion to Amend and Extend the Fifth Case Management Order.

**WHEREFORE,** Defendants/Third-Party Plaintiffs, Amerisure Insurance Company and Amerisure Mutual Insurance Company and Plaintiff, The Peninsula at St. John's Center Condominium Association, Inc. respectfully requests that this Court grant this Joint Motion to Amend and Extend the Fifth Case Management Order for the reasons set forth herein, and in a manner as reflected herein.

Dated:  December 16, 2024

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Anthony N. Balice* | By:  /s/ *Charles R. Walker, Jr.* |
| Donald. E. Elder (Pro Hac Vice) | Charles R. Walker, Jr. |

7

Ill. Bar. No. 6255889
Anthony N. Balice (Pro Hac Vice)
Ill. Bar No: 6271903
Emerson & Elder, P.C.
53 West Jackson Boulevard, Ste 526
Chicago, Illinois 60604
(773) 456-4538 (Telephone)
(312) 265-1603 (Facsimile)
tony@emersonelder.com

Andrew F. Russo, FBN 508594
Rywant, Alvarez, Jones, Russo & Guyton, P.A.
302 Knights Run Avenue, Suite 1000
Tampa, FL 33602
(813) 229-7007 (Telephone)
(813) 223-6544 (Facsimile)
arusso@rywantalvarez.com

*Attorneys for Amerisure Insurance Company and Amerisure Mutual Insurance Company*

Florida Bar No.: 486485
Walker Flick
3700 S. Conway Road, Ste. 212
Orlando, Florida 32812
Telephone: (407) 745-0609
chad@thefloridalawyers.com
kstarbuck@thefloridalawyers.com
service@thefloridalawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2024, the foregoing document is being served on all parties who have appeared through the Court's CM/ECF system.

By: __/s/ *Anthony N. Balice*__
Attorney for Amerisure Insurance Company and Amerisure Mutual Insurance Company

Anthony N. Balice (Pro Hac Vice)
Ill. Bar No: 6271903
Emerson & Elder, P.C.

8

        53 West Jackson Boulevard, Suite 526
        Chicago, Illinois 60604
        (773) 456-4538 (Telephone)
        (312) 265-1603 (Facsimile)
        tony@emersonelder.com

*Attorney for Defendants/ Third-Party Plaintiffs Amerisure Insurance Company and Amerisure Mutual Insurance Company*